1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | ISMAEL CAVAZOS,                          | Case No. 1:22-cv-00771-SAB

12 |         Plaintiff,                       | ORDER GRANTING STIPULATED MOTION
                                              | EXTENDING BRIEFING SCHEDULE
13 |    v.
                                              | (ECF No. 17)
14 | COMMISSIONER OF SOCIAL
   | SECURITY,
15
   |         Defendant.
16

17      On February 18, 2023, the parties filed a stipulated motion requesting the deadline for

18 Defendant to file an opposition brief be extended from February 27, 2023, to April 13, 2023.

19 (ECF No. 17.)  The Court finds good cause to grant the first extension.

20      Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

21      1.      The stipulated motion is GRANTED; and

22      2.      Defendant shall file an opposition brief on or before April 13, 2023.

23

IT IS SO ORDERED.

24

25 Dated:   **February 21, 2023**

                                              UNITED STATES MAGISTRATE JUDGE

26
27
28

1